UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSEETS

ELVIN MERCADO )
   PETITIONER )
)
V. ) Civil No. 04-11653-PBS
)
)
UNITED STATES OF AMERICA )
)

## MOTION FOR APPOINTMENT OF COUNSEL

Now come's ELVIN MERCADO, filing pro se, seeking from this honorable court appointment of counsel-1 to assist in petitioner's

   1. Title 28 U.S.C. 2255 motion

   Petitioner hereby submitts that counsel will be necessary in the present action / proceeding to ensure that his constituional rights are protected in accords to the sixth amendment to the United states constitution.

      WHEREFORE, for all the above reasons, Petitioner hereby requests of this honorable court the benefit of appointment of counsel and any further relief this court deem fair and appropriate.

      Respectfully submitted this 18th day of November, 2004

                                            ELVIN MERCADO
                                            #24448-038
                                            F.M.C Devens
                                            Unit#H-B
                                            P.O. BOX 879
                                            AYER, Mass 01432
                                            *Elvin Mercado* (signature)

## CERTIFICATE OF SERVICE

I, ELVIN MERCADO, acting pro se, #24448-038, do hereby certify that I have this 18th day of November, 2004, served the copy of the foregoing by mail to assistant u.s. attorney, PETER K. LEVITT at the United states attorney's office District of Massachusetts John J. Moakley courthouse, Suite 9200, 1 courthouse way, Boston, Mass 02210

                                                S/ ELVIN MERCADO
                                                   petitioner

                                                ELVIN MERCADO#24448-038
                                                F.M.C. DEVENS
                                                Unit#H-B
                                                P.O. BOX 879
                                                AYER, Mass 01432