UNITED STATES DISTRICT COURT
DISTRICT OF MASACHUSETTS

ELVIN MERCADO            )
                         )
V.                       )
                         )  Civil No. 04-11653-PBS
UNITED STATES OF AMERICA )
                         )

### PETITIONER'S MOTION TO CONTINUE REPONCE DATE

The petitioner, ELVIN MERCADO, #24448-038, hereby moves that the time for the petitioner to file a reponce to the goverment's reponce in this case be extended for 60 days. As grounds therefore, the undersigned petitioner needs to try to do research and read things over more than once to understand what I'm reading, And to see what to do with the goverment's argument's so the petitioner could reponce back to the argument's.

                              RESPECTFULLY SUBMITTED,
                              ELVIN MERCADO-#24448-038
                              PETITIONER
                              *Elvin Mercado*

## CERTIFICATE OF SERVICE

I, ELVIN MERCADO, acting pro se, #24448-038, do hereby certify that I have this 18th day of November, 2004, served the copy of the foregoing by mail to assistant u.s. attorney, PETER K. LEVITT at the United states attorney's office District of Massachusetts John J. Moakley courthouse, Suite 9200, 1 courthouse way, Boston, Mass 02210

S/ ELVIN MERCADO
petitioner

ELVIN MERCADO #24448-038
F.M.C. DEVENS
Unit#H-B
P.O. BOX 879
AYER, Mass 01432