UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN MERCADO ) CIVIL NO. 04-11653-PBS
)
v. )
)
UNITED STATES OF AMERICA )

## PETITIONER'S MOTION TO CONTINUE RESPONCE DATE

The Petitioner, Elvin Mercado, #24448-038, Hereby moves the time for the petitioner to file a Responce to the governments Responce in this case be extended for 120 days as grounds therefore. The undersigned petitioner has been tryin very hard to do the research and there are alot of issues the petitioner is reading which he does not understand petitioner has to read it more than once and look in the Dictionary for alot of these Law words to find the meaning. I also Asked the court for the Sentenceing Transcripts so the petitioner can get some legal hints and have not Recived nothing. Because of these grounds the petitioner needs the Additional time to obtain a Attorney so the petitioner can Responce Better to the governments argument.

Respectfully Submited
Elvin Mercado # 24448-038
Petitioner