UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN MERCADO )
v. ) CIVIL NO. 04-11653-PBS
UNITED STATES OF AMERICA )

## MOTION TO RELEASE TAPES OR TRANSCRIPT OF RECORDED CONVERSATION BETWEEN ELVIN MERCADO AND Steven J. Rappapor.

The petitioner, Elvin Mercado #24448-038, Acting prose needs these tapes or transcripts to have proof for the court. Phone # 508-788-0035 All the calls where made from F.M.C Devens

Elvin Mercado
#24448-038
Federal Medical center
P.O. Box 879
Ayer, Mass 01432

I, Elvin Mercado, Acting Pro Se, #24448-038 do hereby verify that I have this 22nd Day of February 2005, served the copy of the foregoing By mail to Assistant U.S. Attorney, Peter K. Levitt At the United States Attorneys Office District of Massachusetts, John J. Moakley Courthouse, Suite 9200 1 Courthouse Way Boston, Mass 02210

/S/ Elvin Mercado

Elvin Mercado
#24448-038
FMC Devens
P.O. Box 879
Ayer, Mass 01432