03-14-05

Dear JUDGE SARIS

    Your Honor I writing this letter concerning this matter I filed a motion to continue for 120 days on FEB 22, 2005 and I noticed it was not Docketted I had writing it from Soltaircy comfinment with a pencil and paper Because I couldn't get my Hands on a typewriting so I filed a new one today to see if you get it soon. I hope you can grant me this motion Because in June they should be some Disions on priors in the Serpremi Court that could help me out with my case and you please hold on your ruleing on my case till I could repone Better to the goverment's arguments I Also filed for a motion to release or a Court order, so FMC Devens could give me the telephone calls Between me and Steven Rappaport. I Also filed that in writing form!
    Thank you very much for taking the time to read this your honor.

Elvin Mercado
REG # 24448-038