UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN MERCADO         )
                      )
VS.                   )      CIVIL NO# 04-11653-PBS
                      )
UNITED STATES OF AMERICA )

### MOTION TO RELEASE TAPE OR TRANSCRIPTS OF CONVERSATIONS BETWEEN ELVIN MERCADO AND STEVEN J RAPAPORT

The petitioner, ELVIN MERCADO,#24448-038 acting pro se is requesting for the tapes or transcripts of conversations between ELVIN MERCADO and STEVEN J. RAPPAPORT, So the petitioner can show the court the petitioner had some conversations about a few matters. On the petitioners sentenceing date after sentenceing Mr.Rappaport told Mr. Mercado to file ineffective assistance of counsel because Mr.Rappaport did not explain everything to the petitioner. I the petitioner did not ask Mr. Rappaport what it was he did not explain to me because of everything going threw my mind at time. So when the petitioner got to F.M.C. DEVENS. The petitioner called Mr. Rappaport and asked him about what he said at my sentenceing date he did not deined it or nothing. He told me file it and that he won't fight it. There was alot of issues I told him I did not agree and told him to do which he did not do. For the the above reasons and grounds the petitioner needs to get these tapes to show the court.

Respectfully Submitted
ELVIN MERCADO#24448-038
*Elvin Mercado*
petitioner

MARCH 17, 2005

3/25/05 Allowed without opposition. The government shall ask the prison to provide a copy of any tapes of these conversations. *Patti B. Saris*

I, ELVIN MERCADO, 24448-038, acting pro se do hereby certify that I have this 17 day of march 2005 served the copy of the foregoing by mail to assistant U.S. ATTORNEY, PETER K. LEVITT at the UNITED STATES ATTORNEY OFFICE DISTRICT OF MASSACHUSETTS JOHN J. MOAKLEY COURTHOUSE, SUITE 9200, 1 courthouse way. boston, mass 02210

ELVIN MERCADO#24448-038
F.M.C. DEVENS
UNIT#H-B
P.O. BOX 879
AYER, MASS 01432