UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN MERCADO        )
                     )
V.                   )     CIVIL NO#04-11654-PBS
                     )
UNITED STATES OF AMERICA  )

### MOTION FOR APPOINTMENT OF COUNSEL

Now Comes ELVIN MERCADO, pro se, seeking from this Honorable court appointment of counsel to assist in the petitioner's 28 U.S.C. 2255 motion for the following reasons. 1. The petitioner does not under stand nothing he's reading 2. The petitioner does not even know how to do the research 3. The petitioner tried to read and do the reseach but does not understand how to put the responce back to the goverment together 4. and the petitioner really needs the help to receive any further relief from this Honorable court.

WHEREFORE, for all the above reasons, petitioner hereby request of this honoerable court the benefit of appointment of counsel and any further relief this court deem fair and appropriate.

Respectfully Submitted this 25 day of April, 2005

ELVIN MERCADO
No#24448-038
F.M.C. DEVENS
Unit#H-B
P.O. BOX 879
AYER, MASS 01432

*Elvin Mercado*

I,ELVIN MERCADO, #24448-038 ,acting pro se do hereby certify that
I have this 25 day of April ,2005 served the copy of the foregoing
by mail to U.S ATTORNEY , PETER K. LEVITT at the UNITED STATES ATTORNEYS
OFFICE DISTRICT OF MASSACHUSETTS JOHN J MOAKEY COURT HOUSE,SUITE.9200
1 courthouse way, BOSTON, MASS 02210

                                ELVIN MERCADO
                                #24448-038
                                F.M.C DEVENS
                                UNIT#HB
                                P.O.BOX 879
                                AYER, MASS   01432

                                */s/ Elvin Mercado*