ATTORNEY ASSIGNMENT REQUEST

Petitioner:_Elvin Mrcado_____        Case & Defendant
                                                Number__04-CV-11653-PBS_____

Date of Appointment:___May 19, 2005__           Appointed by:__Saris, D.J.___

Attorney Withdrawn_____          Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____        Information_____        Probation Revocation_____

Number of Defendants_____

Judge Code____0129_____

Special Instructions:__Appointment of Counsel for Pro Se Petitioner in a 2255 case

_____

_____

　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Robert C. Alba___
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　Dated____May 19, 2005__

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]

ATTORNEY ASSIGNMENT REQUEST

Petitioner:_Elvin Mrcado_____   Case & Defendant
Number__04-CV-11653-PBS_____

Date of Appointment:___May 19, 2005__   Appointed by:__Saris, D.J.___

Attorney Withdrawn_____   Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____   Information_____   Probation Revocation_____

Number of Defendants_____

Judge Code____0129_____

Special Instructions:__Appointment of Counsel for Pro Se Petitioner in a 2255 case

_____

_____

_____/s/ Robert C. Alba___
Deputy Clerk

Dated____May 19, 2005__

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]