UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVIN MERCADO ) | |
| ) | |
| VS. ) | CIVIL No#04-11653-PBS |
| ) | |
| UNITED STATES OF AMERICA ) | |

### PETITIONER"S MOTION FOR EXTENTION OF TIME
### TO RESPONCE DATE

The Petitioner, ELVIN MERCADO,#24448-038, Hereby moves at this time for the petitioner to file a reponce to the goverments responce in this case be extened for an addtional 120 days. As grounds therefore the undersigned.
On May 23, 2005 the Petitioner received an orders on motions granting a motion to appoint counsel for the petitioner.
The petitioner needs the addtional time for counsel to get in contact with petitioner and so we could discuss all legal matters how to repone to the goverments responce and so the appointed counsel can get familiar with the petitioners case.

So because of the above reasons the petitioner needs the addtional time to file to the goverments responce

Respectfully Submitted,
ELVIN MERCADO#24448-038

*/s/ Elvin Mercado*

MAY 31,2005                                PETITIONER

I, ELVIN MERCADO, #24448-038 acting pro-se do hereby certify that I have sent a copy of this foregoing mail on MAY 31, 2005 to the assistant U.S ATTORNEY, PETER K. LEVITT AT the UNITED STATES ATTORNEYS OFFICE DISTRICT OF MASSACHUSETTS JOHN'.J. MOAKLEY COURTHOUSE, SUITE #9200 1 COURTHOUSE WAY, BOSTON, MASS 02210

                                      ELVIN MERCADO
                                      REG#24448-038
                                      UNIT#H-B
                                      P.O BOX 879
                                      AYER, MASS 01432