CASE# 04-CV-11653-PBS

Dear, Deputy Clerk

I'm writing to you in regards my situation I was appointed counsel on May 19, 2005 by the honorable judge Sario and I'm don't know if I am surpose to just wait till counsel will contact me or if you all ready know counsel's name and Phone number may you Please send it to me if counsels all ready appointed. I would like to know if you can please send me the Reponce date also. Thank you very much for Takeing the Time for this situation. it will Be gladly apprecited

your Truly
Elving Mercado
Reg # 24448-038
F.M.C Devens
P.O. Box 879
Ayer, Mass 01432