UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVIN MERCADO,<br><br>       Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 04-11653-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Mr. Elvin Mercado.

Respectfully submitted,

  **/s/ Roberto M. Braceras**
Roberto M. Braceras  (BBO# 566816)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1584725.1