UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELVIN MERCADO,<br><br>    Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 04-11653-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Mr. Elvin Mercado.

          Respectfully submitted,

           /s/ **Robert J. Durbin**
          Robert J. Durbin  (BBO# 658224)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, MA 02109-2881
          (617) 570-1000

LIBA/1643461.1