UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN MERCADO )
 )
VS. ) CIVIL NO. 04-11653-PBS
 )
UNITED STATES OF AMERICA )

## MOTION TO REMAIN AT F.M.C. DEVENS

Now Comes the Petitioner, ELVIN MERCADO, pro se Respectfully petitions the court through the Honorable, Judge Ms.Saris to make known and advise David L.Wynn, Warden of F.M.C.DEVENS prison that ELVIN MERCADO has been graciously appointed counsel by the Honorable, Judge Ms.Saris and that he has legal filings and on going legal proceedings in the 1st District of Massachustts court. Let it further be known that these legal proceedindings are only reevant to David L.Wynn in respect to BOP POLICY-PROGRAM statement 5100.1 requesting ELVIN MERCADO to remain housed at F.M.C. DEVENS to preserve the interst of justice and vested efforts of court appointed attorneys, ROBERTO M.BRACERAS and ROBERT J.DURBIN.

\* Also, Please reiterate to the Warden of F.M.C,DEVENS, David L.Wynn that there is a specific and purposeful recommendation by the graciouly and honorable Judge Ms.Saris that ELVIN MERCADO be housed close to his family at FMC DEVENS.

RESPECTFULLY SUBBMITTED,
ELVIN MERCADO#24448-038
PETITIONER

*Elvin Mercado* 11/17/05