UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELVIN MERCADO,                      )<br>                                     )<br>            Petitioner,               )<br>v.                                   )<br>                                     )   Civil No. 04-11653-PBS<br>UNITED STATES OF AMERICA,            )<br>                                     )<br>            Respondent.              )<br>                                     )  |  |

### PETITIONER'S MOTION FOR
### IMPOUNDMENT UNDER LOCAL RULE 7.2

Pursuant to Local Rule 7.2, Petitioner Elving Mercado hereby moves to impound the accompanying *ex parte* Presentence Report (Exhibit A to the Memorandum in Support of Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence). Mr. Mercado's Motion is being filed by hand in conjunction with this motion.

The above-referenced exhibit contains confidential and private information concerning Mr. Mercado's criminal history.

Wherefore, Petitioner Elvin Mercado respectfully requests that the Court impound the above-referenced document pursuant to Local Rule 7.2.

Respectfully submitted,

/s/ **Roberto M. Braceras**
Roberto M. Braceras (BBO# 566816)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: December 7, 2005

LIBA/1654437.1