UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVIN MERCADO            )
                         )
        v.               )  Civil No. 04-11653-PBS
                         )
UNITED STATES OF AMERICA )
                         )

ASSENTED TO MOTION OF THE UNITED STATES
TO CONTINUE RESPONSE DATE

The United States hereby moves that the time to file a response to the Petition in this case be continued until approximately April 24, 2006.  As grounds therefore, the government states that the undersigned will be out of the office for an indefinite medical leave effective in the next few days and that the additional 30 days is necessary for replacement counsel to be assigned and to respond to the motion.  The defendant, through counsel, has assented to the request herein.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

           By: /S/ PETER K. LEVITT
                PETER K. LEVITT
                Assistant U.S. Attorney

March 22, 2006