# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

Elvin Mercado

**V.**

United States of America

**APPEARANCE**

Case Number:   04CV11653

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the UNITED STATES OF AMERICA

I certify that I am admitted to practice in this court.

| 4/04/2006 | /s/ Jennifer H. Zacks |
|---|---|
| Date | Signature |

| Jennifer H. Zacks | 562563 |
|---|---|
| Print Name | Bar Number |

John Moakley Courthouse, 1 Courthouse Way
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| (617) 748-3109 | (617) 748-3965 |
|---|---|
| Phone Number | Fax Number |

Case 1:04-cv-11653-PBS    Document 27    Filed 04/04/2006    Page 2 of 2