UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVIN MERCADO,<br><br>          Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 04-11653-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents and exhibits listed below have been manually filed with the Court under seal and are maintained in the Clerk's Office:

1. Exhibit A to the Memorandum in Support of Second Amended Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence.

Respectfully submitted,

                                             **/s/ Roberto M. Braceras**
Dated: December 1, 2006           Roberto M. Braceras (BBO# 566816)
                                            Robert J. Durbin (BBO# 658224)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, MA 02109-2881
                                            (617) 570-1000

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 1, 2006.

      Respectfully submitted,

      /s/ **Roberto M. Braceras**

Dated:  December 1, 2006      Roberto M. Braceras  (BBO# 566816)
      Robert J. Durbin  (BBO# 658224)
      GOODWIN PROCTER LLP
      Exchange Place
      Boston, MA 02109-2881
      (617) 570-1000