UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, FMC Devens, Ayer, MA.

YOU ARE COMMANDED to have the body of Elvin Mercado* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on February 8, 2007, at 2:00 p.m. for the purpose of a Motion Hearing/Sentencing in the case of Elvin Mercado v. United States of America CA Number 04-CV-11653-PBS. And you are to retain the body of said Elvin Mercado while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Elvin Mercado to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 10th day of January, 2007.

* No. 24448-038


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk

By: /s/ Robert C. Alba
SEAL            Deputy Clerk