# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 02-10259-PBS |
| V. | : | Courtroom No. 13<br>1 Courthouse Way<br>Boston, MA 02210-3002 |
| ELVIN MERCADO | : | 9:00 a.m., Thursday<br>July 22, 2003 |

                    Evidentiary Sentencing
                          Day Two


Before:         THE HONORABLE PATTI B. SARIS,
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

Peter Levett, Assistant United States Attorney,
   1 Courthouse Way, Suite 9200, Boston, MA 02210-3002,
   on behalf of the Government.

Rappaport & Delaney (by Steven J. Rappaport, Esquire),
   228 Central Street, Lowell, MA 01852,
   on behalf of the Defendant.



                        Marie L. Cloonan
                      Federal Court Reporter
                  1 Courthouse Way - Room 7200
                 Boston, MA 02210 - 617-439-7086
              Mechanical Steno - Transcript by Computer

2-112

1  (Defendant Exhibit A, Criminal Docket - Brandon Greenwood,
2  admitted into evidence.)
3  (Defendant Exhibit B, Transcript of Detention Hearing held
4  on 10-16-02, admitted into evidence.)
5         MR. RAPPAPORT:  Other than that, there is no case
6  in chief.
7         THE COURT:  Okay.  Now, here's the issue.
8         I have to leave here at five of one.  I had no idea
9  this hearing was going to go so long today.  So, we'll see
10 what we can do before then.  Otherwise, we'll just have to
11 finish it this afternoon.
12        So, your recommendation -- let me just first say
13 that I think the total offense level -- let me just say
14 this.  I find that the amount of the drugs is under a
15 hundred grams.  The government is not pressing that issue as
16 I understand it.  And, there is concern about the criminal
17 history category.  But, at least I think everyone agrees
18 that he is a career offender on the face of the record.  The
19 question is whether I depart, what we'll discuss in a
20 second.  But, the total offense level 31, the criminal
21 history category is 6, which means the range is 188 to 235
22 months imprisonment, 72 months of supervised release,
23 $15,000 to $20 million fine and a thousand dollar special
24 assessment.
25        Is that correct?

2-113

1        MS. FOSTER: That's correct.
2        THE COURT: All of that is correct.
3        All right. So, we move on, now, essentially to the
4   government's recommendation and, then, I'll hear a motion
5   for downward departure. And, then, we'll come back to you.
6        What's your recommendation?
7        MR. LEVITT: Well, your Honor, the government
8   recommends that the defendant be sentenced within the
9   guideline range. Primarily, the government would want to be
10  heard on the departure issue.
11       THE COURT: You're wherever I want to be?
12       MR. LEVITT: Yes, your Honor, within the guideline
13  range. I mean, my view is that it should be in the middle
14  of the guideline range, rather than top or bottom.
15       THE COURT: All right. Thank you.
16       Mr. Rappaport, here's the issue at this point. The
17  only issue is whether it's a 6 or a 5.
18       MR. RAPPAPORT: I understand, your Honor.
19       THE COURT: All right.
20       So, do you want to make your argument on that now
21  and --
22       MR. RAPPAPORT: Yes. Very briefly, Judge -- at
23  least as brief as I can be.
24       My actual concern when I took a look at this was I
25  had a 17-year-old kid who, back in 1994, three days apart,