# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, S.S.

DISTRICT COURT DEPARTMENT
LOWELL DIVISION
DOCKET NO.: 9411CR002750 &
9411CR002855

COMMONWEALTH

v.

ELVING MERCADO

*[Handwritten: 1/23/07 Denied /s/ Hon. JJ Martin]*

## COMMONWEALTH'S MOTION TO RECONSIDER

The Commonwealth hereby moves this honorable Court to reconsider its allowance of the defendant's Motion for a New Trial and Motion for Reconsideration of Motion for a New Trial (Motions to Withdraw Guilty Pleas). As reasons therefore, the Commonwealth submits the attached memorandum of law. The Commonwealth respectfully requests a hearing on this motion.

Respectfully Submitted
For the Commonwealth,

GERARD T. LEONE, JR.
DISTRICT ATTORNEY

By: *[signature]*
Jennifer R. Handel
Assistant District Attorney
Middlesex District Attorney's Office
151 Warren Street, Suite 100
Lowell, MA 01852

Dated: January 12, 2007

*[Handwritten: 978-399-1400]*