UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVIN MERCADO,<br><br>   Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Civil Action No. 04-11653-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## ROBERT J. DURBIN

  Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Robert J. Durbin as counsel for Petitioner Elvin Mercado in the above-captioned matter.

  Roberto M. Braceras of Goodwin Procter LLP shall continue his appearance as counsel of record for Elvin Mercado.

Dated: May 4, 2007

Respectfully submitted,

ELVIN MERCADO

By his attorneys,

/s/ Robert J. Durbin
Roberto M. Braceras (BBO# 566816)
Robert J. Durbin  (BBO# 658224)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2007.

/s/ Robert J. Durbin

LIBA/1787425.1